FILE COPY

No. 07-14-00171-CR

| | | |
|---|---|---|
| Jesus Efrain Abrego<br>　Appellant | § | From the 371st District Court<br>　of Tarrant County |
| | § | |
| v. | | March 13, 2015 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 13, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o